UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BORWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 21 2004

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| versus | § | Civil Action B-04-076 |
| | § | |
| Raul Gomez | § | |

### CERTIFICATE OF INTERESTED PERSONS

The United States of America hereby files its Certificate of Interested Persons.

1. Plaintiff:   United States of America

2. Defendant:   Raul Gomez

Respectfully submitted

BENNETT WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant along with a copy of the Court's Order for Conference and Disclosure of Interested Parties by regular mail on this _18th_ day of _May_____, 2004.

_____