## AFFIDAVIT OF SERVICE

**ORIGINAL**

COUNTY: SOUTHERN DIST.    CASE # B04076    COURT
Clt. Ref.# C99-26967    Cit.# 400

UNITED STATES OF AMERICA

VS
RAUL GOMEZ

The documents came to hand for service on 06/07/04   Time: 01:00:00

Documents received for service:

**FEDERAL SUMMONS; COMPLAINT**

United States District Court
Southern District of Texas
FILED

JUL 1 2 2004

Michael N. Milby
Clerk of Court

The documents were delivered on **07/09/04**   Time: 15:30:00

Executed at: 343 NOPAL ST
             BROWNSVILLE, TX 78520

to the following: **GOMEZ, RAUL**

____✓__ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Indalecio Rojano, III          , am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____

Witness Fee Tendered:_____

Indalecio Rojano, III
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 200_.

PCP Inv. #R06040039

NOTARY PUBLIC FOR THE STATE OF TEXAS