United States District Court
Southern District of Texas
FILED

AUG 16 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action B-04-076 |
| | § | |
| Raul Gomez | § | |

## ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Raul Gomez in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this 16 day of August, 2004, at Brownsville, Texas.

_Danielle Chumade_
United States Deputy District Clerk