United States District Court
Southern District of Texas
FILED

NOV 01 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § § § § § § § | CIVIL ACTION NUMBER B-04-076 |
|---|---|---|
| *versus* | | |
| Raul Gomez | | |

## ABSTRACT OF JUDGMENT

| .Date Judgment Entered: | September 22, 2004 |
|---|---|
| Judgment in Favor of: | United States of America<br>c/o BENNETT, WESTON & LaJONE, P.C.<br>1750 Valley View Lane, Suite #120<br>Dallas, TX 75234 |
| Judgment Against: | Raul Gomez DOB: 1953<br>343 Nopal St.<br>Brownsville, TX 78520 |
| Amount of Judgment: | 3,360.06 plus current interest of $236.26 |
| Amount of Costs: | $1,100.00 attorney's fees and all costs of court |
| Rate of Interest: | 2.09% |
| Amount of Credits Since Judgment: | $0.00 |
| Total: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

MICHAEL N. MILBY, Clerk

DATED: 11/01/04   By: _____

Deputy Clerk

Return to:

BENNETT, WESTON & LaJONE, P.C.

1750 Valley View Lane, Suite 120

Dallas, Texas 75234