United States District Court
Southern District of Texas
FILED

JAN 0 3 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action B-04-076 |
| | § | |
| Raul Gomez | § | |

United States' Motion to Compel

United States of America moves for an order compelling Raul Gomez ("Gomez") to respond to post-judgment discovery, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On October 6, 2004, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Gomez, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned signed. The postjudgment discovery sought information regarding the financial condition of Gomez, as allowed by 28 U.S.C. §3015.

2. Written demand for the responses was sent to Gomez by letter dated November 13, 2004. (Exhibit 2).

3. Gomez failed to respond to the discovery requests. The United States attempted to obtain responses from Gomez. The United States attempted to contact Gomez by telephone on December 8, 2004, December 17, 2004 and December 22, 2004.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. Under Rule 37 of the Federal Rules of Civil Procedure, if a motion compelling responses to discovery is granted, the Court shall require the party whose conduct necessitated the motion to pay to the moving party the reasonable expenses incurred in making the Motion, including attorney's fees, unless the court finds that the motion was filed without the movant first making a good faith effort to obtain the discovery without court action, or that the opposing

party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust. Fed. R. Civ. Proc. (a)(4)(A).

6. The United States requests that the court order Gomez to respond to post-judgment discovery fully and completely, pursuant to Rule 37 of the Federal Rules of Civil Procedure. The United States may seek sanctions against Gomez in a later motion.

        Respectfully submitted
        BENNETT, WESTON & LaJONE, P.C.

By: _____
    Michael Weston
    Texas Bar No. 21232100
    SD Tex. No. 21538
    Attorney in Charge
    Charles I. Appler
    Texas Bar No. 00788995
    SD Tex. No. 23055
    1750 Valley View Lane, Suite 120
    Dallas, Texas 75234
    Telephone: (214) 691-1776
    FAX: (214) 373-6810
    Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Raul Gomez at 343 Nopal St., Brownsville, TX 78520 by certified mail, return receipt requested, and regular mail on this _29th_ day of _December, 2004_.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-076 |
| Raul Gomez | § | |

**POST-JUDGMENT DISCOVERY**

TO:   Raul Gomez, 343 Nopal St., Brownsville, TX 78520

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully and truthfully and/or to produce all requested documents are serious matters which will be brought to the attention of the court.



EXHIBIT ___1___

## DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to Raul Gomez, and, **IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.**

>   Respectfully submitted
>   BENNETT, WESTON & LaJONE, P.C.
>
>   By: _____
>   J. Michael Weston
>   Texas Bar No. 21232100
>   SD Tex. No. 21538
>   Attorney in Charge
>   Charles I. Appler
>   Texas Bar No. 00788995
>   SD Tex. No. 23055
>   1750 Valley View Lane, Suite 120
>   Dallas, Texas 75234
>   Telephone: (214) 691-1776
>   FAX:  (214) 373-6810
>   Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. _7104 7596 0045 0000 0053 04_) and regular mail on this _6th_ day of _October_, 2004.

_____

EXHIBIT _1_

# BENNETT, WESTON & LaJONE, P.C.
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                 Fax: (214) 373-6810

September 30, 2004

**PERSONAL AND CONFIDENTIAL**
Raul Gomez
343 Nopal St.
Brownsville, TX 78520
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**NO. 7101 7590 0480 1000 0532 AND REGULAR MAIL**

Re:   *United States of America v. Raul Gomez*, Civil Action B-04-076

Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately.

If you wish to settle this claim, please call us.

**CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS.**

Yours very truly,

J. MICHAEL WESTON /cw

encl.

**WE COLLECT DEBTS FOR CLIENTS.**
**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

EXHIBIT  1

**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                            Fax: (214) 373-6810

November 13, 2004

Raul Gomez
343 Nopal St.
Brownsville, TX 78520

    Re:    **United States of America v. Raul Gomez**, No. B-04-076, Judgment dated: September 22, 2004

YOU HAVE NOT RESPONDED TO THE POST JUDGMENT DISCOVERY SERVED ON YOU.

**You must immediately and completely respond to the post-judgment discovery. If you do not respond, we will ask that the United States District Court impose sanctions on you.**

THIS IS A SERIOUS MATTER.

CONTACT YOUR ATTORNEY IMMEDIATELY.

IF YOU HAVE QUESTIONS OF US, CALL HELEN FABIAN AT EXTENSION 237.

WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Yours very truly,



J. MICHAEL WESTON

EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-076 |
| Raul Gomez | § | |

**Certificate of Conference**

The following declaration is made in accordance with Rule 37 of the Federal Rules of Civil Procedure:

The undersigned certifies that his office has made good faith attempts to confer with Raul Gomez in an effort to obtain the discovery responses without court action. However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Raul Gomez. A representative of the office called Raul Gomez, but was unable to leave a message on December 9, 2004, December 17, 2004 and December 22, 2004. Raul Gomez has not responded to the discovery.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America