UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-076 |
| Raul Gomez | § | |

Order Compelling Discovery Responses

Raul Gomez must fully respond to the interrogatories and requests for production served upon Raul Gomez by the United States by February 14, 2004.

If Raul Gomez fails to comply with this order, Raul Gomez may be held in contempt and have sanctions assessed against him.

SIGNED this _____ day of _____, 2004.

_____
United States District Judge