United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk DOhumada

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-076 |
| | § | |
| Raul Gomez | § | |

### Order Compelling Discovery Responses

Raul Gomez must fully respond to the interrogatories and requests for production served upon Raul Gomez by the United States by February 14, ~~2004.~~ 2005

If Raul Gomez fails to comply with this order, Raul Gomez may be held in contempt and have sanctions assessed against him.

SIGNED this _12_ day of _January_, 200~~4~~5.

_____
United States ~~District~~ Judge
MAGISTRATE